UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AARON JUSTIN FULK,

        Plaintiff,

  v.

J. TURNER,

        Defendant.

CASE NO. 2:24-CV-2174-RSM-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Because Plaintiff has not filed a timely amended complaint curing his pleading's deficiencies, this action is dismissed for failure to state a claim and for failure to comply with a court order. Dismissal for failure to state a claim constitutes a "strike" under 28 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 19th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 1